IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| SIDNEY RENARD PARRISH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 624-052 |
| | ) | |
| GEORGIA STATE PATROL; THOMIS BOND; and STEPHEN SPIRES, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 25.) Plaintiff again seeks an extension of time to serve Defendants, (id. at 3), but offers nothing to change the conclusion the case is due to be dismissed because Plaintiff failed - despite already receiving extensions of time to the ninety-day deadline - to effect service of process on any Defendant, and he failed to follow court orders. Accordingly, the Court **OVERRULES** the objections, **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, and **DENIES** the motion for an extension of time to effect service via the United States Marshal, (doc. no. 22), as well as the extension request within the objections. The Court **DISMISSES** this case without prejudice and **CLOSES** this civil action.

SO ORDERED this 29th day of January, 2025, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA