UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Statesboro Division

SIDNEY RENARD PARRISH

vs

GEORGIA STATE PATROL,
THOMIS BOND, Patrol Officer, in Official Capacity, STEPHEN SPIRES, Patrol Officer, in Official Capacity

CASE NUMBER  6:24-cv-00052

## ORDER

The Judgment of this Court in the above entitled action having been affirmed by the U. S. Court of Appeals;

IT IS HEREBY ORDERED that the Judgment of the Eleventh Circuit, U. S. Court of Appeals, is made the judgment of this court.

This _12th_ day of _November_, 2025.

_____
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA